# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:14-MJ-0080-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **LORIS GEMON,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Alan R. Soven]" (document # 36) filed June 27, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.    Signed: June 27, 2014

David S. Cayer
United States Magistrate Judge